ANNA M. HEALY, Respondent, *v.* WILLIAM J. HEALY
et al., as Executors of DENNIS A. HEALY, Deceased,
Appellants.

*Healy* v. *Healy*, 159 App. Div. 928, affirmed.
(Argued December 9, 1914; decided January 12, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered November 13, 1913, affirming a judgment in
favor of plaintiff entered upon the report of a referee
upon the submission of a disputed claim against the
estate of Dennis A. Healy, deceased.

*Henry S. Baehler* for appellants.

*Burritt B. Johnson* for respondent

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
HOGAN, MILLER, CARDOZO and SEABURY, JJ.

---

MARY CLARY, as Administratrix of the Estate of KATH-
ERINE CONNELLY, Deceased, Appellant, *v.* KATHERINE
FITZGERALD, Respondent.

*Clary* v. *Fitzgerald*, 155 App. Div. 659, affirmed.
(Argued December 11, 1914; decided January 12, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 18, 1913, upon an order reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for an alleged conversion.

*Edward C. Ryan* for appellant.

*William H. Bamerick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
HOGAN, MILLER, CARDOZO and SEABURY, JJ.